

Memorandum

| Subject | Date |
|---|---|
| Writ of Habeas Corpus <br> _United States v. Aziz Ihab Sayyed_ <br> Case No.   5:18-cr-00090-AKK-HNJ | March 6, 2018 |

To:   Clerk of the Court                                From: _/s/ Electronic Signature_
        Northern District of Alabama                         Henry B. Cornelius, Jr.
                                                                              Assistant U.S. Attorney

   Please cause a CORRECTED Writ of Habeas Corpus Ad Prosequendum to be issued to the Madison County Jail, at 815 Wheeler Avenue, Huntsville, AL, 35801 for Aziz Ihab Sayyed to appear before this Court in the above case for the Arraignment on Thursday, March 8, 2018, at 10:00 a.m. before Magistrate Judge John H. England, III.


cc:   USMS