FILED
2018 Mar-08 AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | 5:18-CR-90-AKK-HNJ |
| AZIZ IHAB SAYYED | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3-4-18

*AS*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Bruce Gardner
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

John England USMJ
*Judge's printed name and title*