FILED
2018 Mar-08 PM 03:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**VS.**                           2:18-CR-090-AKK-HNJ

**AZIA IHAB SAYYED,**

    **Defendant.**

## **ORDER**

This action is scheduled for a sentencing hearing for defendant AZIZ IHAB SAYYED, at 3:00 p.m. on Wednesday, June 20, 2018, in 2nd Floor Courtroom at the Federal Courthouse in Huntsville, Alabama.

Federal Rules of Criminal Procedure 32(F) requires that within 14 days of receiving the presentence report from the Probation Office, the parties shall communicate in writing to the probation officer, and to each other, any objections to the presentence report. In accordance with that Rule, it is hereby ORDERED that such objections be filed with the Clerk of the Court.

If the defendant intends to waive the 35 day disclosure requirement pursuant to Fed. R. Crim. Proc. 32(e)(2), the parties must file written objections

within a reasonable time prior to the day of sentencing for consideration by the court. In the absence of exceptionally good cause, the court will not consider objections if defendant is not in compliance with this order.

DONE this the 8th day of March, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE