FILED
2018 JUL -3 P 3:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

CR 18-90

...e partially executed this writ by delivering AZIZ IHAB SAYYED to ~~Cullman Co Jail, Cullman, AL~~ MADISON Co JAIL, HUNTSVILLE, AL /H on 03/07/2018

~~U.S. Marshal~~ FBI SA
By: Stephen Lee
~~Deputy~~ /H

...e partially executed this writ by delivering _____ to _____
on _____
U. S. Marshal
By: _____
Deputy

[X marked through second block]

I have not executed this writ. Date: 6-26-18
U. S. Marshals Service

Natalie Harrison
Administrative Assistant

Madison Co Nolle Prossed Charges –
Primary Federal Inmate