**FILED**

2024 Sep-16  PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District OF ALABAMA | |
|---|---|---|
| Name *(under which you were convicted):* Aziz Ihab Sayyed | | Docket or Case No.: 5:24-cv-8022-LCB |
| Place of Confinement: FCI Memphis | Prisoner No.: 35714-001 | |
| UNITED STATES OF AMERICA, RESPONDENT. | V. | Movant *(include name under which convicted)* Aziz Ihab Sayyed |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    United States District Court For The Northern District of Alabama

    (b) Criminal docket or case number (if you know): 5:18-CR-00090-AKK-HNJ-1

2.  (a) Date of the judgment of conviction (if you know): March 8, 2018

    (b) Date of sentencing: June 20, 2018

3.  Length of sentence: 180 months (15 yrs) Imprisonment

4.  Nature of crime (all counts): CT1 18:2339B Providing Material Support or Resources To Terrorists

5.  (a) What was your plea? (Check one)

    (1) Not guilty ☐      (2) Guilty ☑      (3) Nolo contendere (no contest) ☐

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

    N/A

6.  If you went to trial, what kind of trial did you have? (Check one) N/A  Jury ☐      Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?      Yes ☑      No ☐

AO 243 (Rev. 09/17)

8.   Did you appeal from the judgment of conviction?      Yes ☐      No ☑

9.   If you did appeal, answer the following:

(a) Name of court: _____ N/A _____

(b) Docket or case number (if you know): ___ N/A _____

(c) Result: _____

(d) Date of result (if you know): _____ N/A _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

N/A

(g) Did you file a petition for certiorari in the United States Supreme Court?      Yes ☐      No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____ N/A _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____ N/A _____

(5) Grounds raised:

N/A

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?    N/A
     Yes ☐      No ☐

11.  If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____ N/A _____

(3) Date of filing (if you know): _____

Page 3 of 13

AO 243 (Rev. 09/17)

(4)  Nature of the proceeding:

(5)  Grounds raised:

N/A

N/A

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?    N/A

Yes ☐        No ☐

(7)  Result:

(8)  Date of result (if you know): N/A

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court:

(2)  Docket of case number (if you know):

(3)  Date of filing (if you know): N/A

(4)  Nature of the proceeding:

(5)  Grounds raised:

N/A

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐        N/A

(7)  Result:

(8)  Date of result (if you know): N/A

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?    N/A

(1)  First petition:        Yes ☐        No ☐        N/A

(2)  Second petition:       Yes ☐        No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I AM A PRIVATE PERSON AND I AM IN FEDERAL CUSTODY AND RESTRAIN OF MY PERSONAL LIBERTY, LIFE, AND PRIVACY IN VIOLATION OF THE FOURTH AND FIFTH AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES. I WAS DENIED DUE PROCESS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I, AZIZ IHAB SAYYED, SUI JURIS DECLARE AND STATES UNDER PENALTY OF PERJURY THAT:

1. I AM A PRIVATE PERSON AND RESIDENT OF SOVEREIGN ALABAMA STATE AND I AM THE MOVANT IN THIS MATTER. I AM OVER 18 YEARS OF AGE AND COMPETENT TO TESTIFY.

2. ON MARCH 8, 2018, RESPONDENT, UNITED STATES OF AMERICA, IN EXCESS OF POWER, ARRESTED AND REMOVED ME FROM MY HOME-STATE OF ALABAMA TO FEDERAL CUSTODY FOR THE PURPOSE OF TESTIFYING AGAINST MYSELF, DEPRIVING ME OF MY PERSONAL LIBERTY, LIFE, AND PRIVACY, WITHOUT DUE PROCESS, BY FORCE, UNDER AN ILLEGAL PROCESS, TO WIT, A GENERAL CRIMINAL PROCESS (A WRIT OF HABEAS CORPUS AD PROSEQUENDUM) ISSUED UPON PROBABLE CAUSE (CRIMINAL CHARGES) WITHOUT JURISDICTION, THAT IS, OATH OR AFFIRMATION [OF SOMEONE OR OFFICER WITH PERSONAL KNOWLEDGE OF THE FACTS] IN SUPPORT THEREOF, AB INITIO, IN VIOLATION OF MY CIVIL RIGHTS AFFORDED BY THE FOURTH AND FIFTH AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? N/A

Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

A CHALLENGE TO THE FACTS OR CAUSE OF DETENTION IS NOT COGNIZABLE ON DIRECT FOR THE FIRST TIME.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application? N/A

Yes ☐    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed:

_____

_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available):

_____ N/A _____

(3) Did you receive a hearing on your motion, petition, or application? N/A

Yes ☐    No ☐

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?   N/A

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____ N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND TWO:** I AM A PRIVATE PERSON AND I AM IN FEDERAL CUSTODY AND RESTRAIN OF MY PERSONAL LIBERTY, LIFE, AND PRIVACY IN VIOLATION OF THE FOURTH AND FIFTH AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES. I WAS DENIED DUE PROCESS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I, AZIZ Thab Sayyed, Sui Juris DECLARE AND STATES UNDER PENALTY OF PERJURY THAT:

1. PARAGRAPH 1 OF GROUND ONE SUPPORTING FACTS IS INCORPORATED BY REFERENCE HEREIN.

2. ON JUNE 20, 2018, THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, IN EXCESS OF JURISDICTION, CONVICTED, SENTENCED AND COMMITTED ME TO FEDERAL CUSTODY, FOR THE PURPOSE OF DEPRIVING ME OF MY PERSONAL LIBERTY, LIFE, AND PRIVACY, WITHOUT DUE PROCESS, UNDER AN ILLEGAL PROCESS, TO WIT, A GENERAL CRIMINAL PROCESS (A WRIT OF HABEAS CORPUS AD PROSEQUENDUM) ISSUED UPON PROBABLE CAUSE (CRIMINAL CHARGES) WITHOUT JURISDICTION, THAT IS, OATH OR AFFIRMATION IN SUPPORT THEREOF, AB INITIO, IN VIOLATION OF MY CIVIL RIGHTS AFFORDED BY THE FOURTH AND FIFTH AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   N/A

Yes ☐   No ☐

AO 243 (Rev. 09/17)

(2)  If you did not raise this issue in your direct appeal, explain why: *A CHALLENGE To THE FACTS OR CAUSE OF DETENTION IS NOT COGNIZABLE FOR THE FIRST TIME ON DIRECT APPEAL*

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application? *N/A*

Yes ☐    No ☐

(2)  If you answer to Question (c)(1) is "Yes," state: *N/A*

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____ *N/A*

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *N/A*

(3)  Did you receive a hearing on your motion, petition, or application? *N/A*

Yes ☐    No ☐

(4)  Did you appeal from the denial of your motion, petition, or application? *N/A*

Yes ☐    No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐    *N/A*

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____ *N/A*

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *N/A*

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

*N/A*

AO 243 (Rev. 09/17)

**GROUND THREE:** _____ N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☐      N/A

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☐

(2) If you answer to Question (c)(1) is "Yes," state:      N/A

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____      N/A

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☐      N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐      N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☐      N/A

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/a*

Docket or case number (if you know): _____ *N/a*

Date of the court's decision: _____ *N/a*

Result (attach a copy of the court's opinion or order, if available): *N/a*

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *N/A*

**GROUND FOUR:** _____ *N/a*

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.): *N/A*

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue? *N/A*

Yes ☐      No ☐

(2)   If you did not raise this issue in your direct appeal, explain why: *N/A*

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application? *N/A*

Yes ☐      No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _N/a_

Docket or case number (if you know): _____

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):

_N/A_

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☐      _N/A_

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐      _N/A_

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal? _N/A_

Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):

_N/a_

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_N/A_

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_N/A_

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging? N/A Yes ☐    No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

N/A

(b) At the arraignment and plea:   BRUCE A GARDNER
P.O. Box 18636

(c) At the trial:   N/A

(d) At sentencing:   Same as (b)

(e) On appeal:   N/A

(f) In any post-conviction proceeding:   N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed:   N/A

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? N/A Yes ☐    No ☐

Page 11 of 13

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

PURSUANT TO 2255 F (4),

I BELIEVE I AM ENTITLED TO EQUITABLE TOLLING TO PREVENT A COMPLETE MISCARRIAGE OF JUSTICE. IN FACT, THE FACTS PRESENTED WAS DISCOVERED IN DECEMBER 2023 AFTER NEARLY FIVE YEARS OF LEGAL RESEARCH FROM THE LAW LIBRARY PROVIDED BY RESPONDENT AND REVIEW OF THE RECORD AND KNOWLEDGE ACQUIRED FROM SELF-STUDY OF THE LAW. THE FACTS PRESENTED ARE MERITORIOUS FEDERAL QUESTION. THEREFORE THIS COURT MUST EXERCISE JURISDICTION TO RESOLVE THE ISSUE PRESENTED, IN EQUITY AND JUSTICE UNDER THE LAW.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief: (a) VACATE MOVANT'S CONVICTION AND SENTENCE IMMEDIATELY; AND (b) IMMEDIATELY DISCHARGE MOVANT FROM FEDERAL CUSTODY TO BE RETURN TO HIS HOME-STATE OF ALABAMA WITHOUT DECLAY. or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  SEPTEMBER 4, 2024 .

(month, date, year)

Executed (signed) on  SEPTEMBER 4, 2024      (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Aziz Ihab Seyyed
# 35714001
FCI Memphis
P.O. Box 34550
Memphis TN 38184



Legal Mail

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
# ROOM # 140,
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203



FCI MEMPHIS
1101 JOHN A HENIE RD
MEMPHIS, TN 38134   DATE 9/5/24

ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL
PROCEDURES FOR FORWARDING TO YOU. THE LETTER
HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER
RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY
HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION.
IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSER TO
THE ABOVE ADDRESS.

SECURITY
COURT OF DISTRICT ALABAMA
SEP 15 2024